| Giant Eagle, Inc.<br>101 Kappa Drive<br>Pittsburgh, PA 15238-2809 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Weekly-B<br>6/5/22<br>6/11/22 | Advice #:<br>Advice Date: | 0<br>6/16/22 |
|---|---|---|---|---|

| Andrew L Crowson<br>169 Unionville Rd<br>Butler, PA 16001 | Employee ID:<br>Location:<br><br>Job Title:<br>Pay Rate: | 1279380<br>8991 - Pharmacy Central Fill<br>Pittsburgh - RX Support<br>Leader, Pharmacy Shift<br>Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Amount: | Federal<br>Single<br>1<br>0 | State<br><br>0<br>0 |
|---|---|---|---|---|---|

## HOURS AND EARNINGS

| | | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Bonus-Misc | - | | | | 0 | 100.00 | City Tax - NSEWI | 12.61 | 315.56 |
| Holiday | - | | | | 16 | 583.68 | State Tax - PA | 38.71 | 968.69 |
| Life-Imputed | 6/5/22-6/11/22 | 0.00 | 0 | 0.60 | 0 | 14.40 | Federal Withholding | 156.61 | 4,042.85 |
| Regular | 6/5/22-6/11/22 | 36.48 | 40 | 1,459.20 | 912 | 34,169.76 | Medicare | 18.29 | 457.68 |
| Vacation | - | | | | 40 | 1,459.20 | OASDI | 78.20 | 1,956.98 |
| | | | | | | | SUI-Team Member Paid - PA | 0.88 | 21.79 |
| | | | | | | | PA LST - NSEWI | 1.00 | 24.00 |
| **TOTAL:** | | | 40 | 1,459.80 | 968 | 36,327.04 | **TOTAL:** | 306.30 | 7,787.55 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| HSA HMRK TM Pd | 50.00 | 1,200.00 | | | | LTD GE Pd | 5.49 | 131.76 |
| Dental TM Pd | 19.07 | 457.68 | | | | Life GE Pd | 1.89 | 45.36 |
| Vision TM Pd | 4.06 | 97.44 | | | | Medical GE Pd | 265.21 | 6,365.04 |
| Medical TM Pd | 125.32 | 3,007.68 | | | | | | |
| **TOTAL:** | 198.45 | 4,762.80 | **TOTAL:** | | | **TOTAL:** | 272.59 | 6,542.16 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,459.20 | 1,261.35 | 306.30 | 198.45 | 954.45 |
| YTD | 36,312.64 | 31,564.24 | 7,787.55 | 4762.80 | 23,762.29 |

| TIME OFF PLANS | | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| Description | Accrued | Reduced | Available | | Account type | Account Number | Deposit Amount |
| Holiday Plan | 0.00 | 0.00 | 0.00 | Advice#0 | | ******6262 | $ 954.45 |
| Vacation | 0.00 | 0.00 | 63.30 | | | | |
| **End Balance** | 0.00 | 0.00 | 63.30 | **TOTAL:** | | | $954.45 |

| Giant Eagle, Inc.<br>101 Kappa Drive<br>Pittsburgh, PA 15238-2809 | Pay Group: Weekly<br>Pay Begin Date: 5/29/22<br>Pay End Date: 6/4/22 | Advice #: 0<br>Advice Date: 6/9/22 |
|---|---|---|

| Andrew L Crowson<br>169 Unionville Rd<br>Butler, PA 16001 | Employee ID: 1279380<br>Location: 8991 - Pharmacy Central Fill<br>Pittsburgh - RX Support<br>Job Title: Leader, Pharmacy Shift<br>Pay Rate: Hourly | TAX DATA: Federal State<br>Marital Status: Single<br>Allowances: 1 0<br>Addl. Amount: 0 0 |
|---|---|---|

## HOURS AND EARNINGS

| Description | Dates | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Bonus-Misc | - | | | | 0 | 100.00 |
| Holiday | 5/29/22-6/4/22 | 36.48 | 8 | 291.84 | 16 | 583.68 |
| Life-Imputed | 5/29/22-6/4/22 | 0.00 | 0 | 0.60 | 0 | 13.80 |
| Regular | 5/29/22-6/4/22 | 36.48 | 32 | 1,167.36 | 872 | 32,710.56 |
| Vacation | - | | | | 40 | 1,459.20 |
| **TOTAL:** | | | **40** | **1,459.80** | **928** | **34,867.24** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Withholding | 156.61 | 3,886.24 |
| Medicare | 18.29 | 439.39 |
| OASDI | 78.20 | 1,878.78 |
| PA LST - NSEWI | 1.00 | 23.00 |
| City Tax - NSEWI | 12.61 | 302.95 |
| SUI-Team Member Paid - PA | 0.87 | 20.91 |
| State Tax - PA | 38.71 | 929.98 |
| **TOTAL:** | **306.29** | **7,481.25** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HSA HMRK TM Pd | 50.00 | 1,150.00 |
| Dental TM Pd | 19.07 | 438.61 |
| Vision TM Pd | 4.06 | 93.38 |
| Medical TM Pd | 125.32 | 2,882.36 |
| **TOTAL:** | **198.45** | **4,564.35** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| LTD GE Pd | 5.49 | 126.27 |
| Life GE Pd | 1.89 | 43.47 |
| Medical GE Pd | 265.21 | 6,099.83 |
| **TOTAL:** | **272.59** | **6,269.57** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,459.20 | 1,261.35 | 306.29 | 198.45 | 954.46 |
| YTD | 34,853.44 | 30,302.89 | 7,481.25 | 4564.35 | 22,807.84 |

## TIME OFF PLANS

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Holiday Plan | 8.00 | 8.00 | 0.00 |
| Vacation | 13.33 | 0.00 | 63.30 |
| **End Balance** | **21.33** | **8.00** | **63.30** |

## NET PAY DISTRIBUTION

| | Account type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice#0 | | ******6262 | $ 954.46 |
| **TOTAL:** | | | **$954.46** |

| Giant Eagle, Inc.<br>101 Kappa Drive<br>Pittsburgh, PA 15238-2809 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Weekly<br>5/22/22<br>5/28/22 | Advice #:<br>Advice Date: | 0<br>6/2/22 |

| Andrew L Crowson<br>169 Unionville Rd<br>Butler, PA 16001 | Employee ID:<br>Location:<br><br>Job Title:<br>Pay Rate: | 1279380<br>8991 - Pharmacy Central Fill<br>Pittsburgh - RX Support<br>Leader, Pharmacy Shift<br>Hourly | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Amount: | Federal<br>Single<br>1<br>0 | State<br><br>0<br>0 |

## HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
| Description | Dates | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| Bonus-Misc | - | | | | 0 | 100.00 | City Tax - NSEWI | 12.61 | 290.34 |
| Holiday | - | | | | 8 | 291.84 | State Tax - PA | 38.71 | 891.27 |
| Life-Imputed | 5/22/22-5/28/22 | 0.00 | 0 | 0.60 | 0 | 13.20 | Federal Withholding | 156.61 | 3,729.63 |
| Regular | 5/22/22-5/28/22 | 36.48 | 40 | 1,459.20 | 840 | 31,543.20 | Medicare | 18.29 | 421.10 |
| Vacation | - | | | | 40 | 1,459.20 | OASDI | 78.21 | 1,800.58 |
| | | | | | | | SUI-Team Member Paid - PA | 0.88 | 20.04 |
| | | | | | | | PA LST - NSEWI | 1.00 | 22.00 |
| **TOTAL:** | | | 40 | 1,459.80 | 888 | 33,407.44 | **TOTAL:** | 306.31 | 7,174.96 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Dental TM Pd | 19.07 | 419.54 | | | | LTD GE Pd | 5.49 | 120.78 |
| Vision TM Pd | 4.06 | 89.32 | | | | Life GE Pd | 1.89 | 41.58 |
| Medical TM Pd | 125.32 | 2,757.04 | | | | Medical GE Pd | 265.21 | 5,834.62 |
| HSA HMRK TM Pd | 50.00 | 1,100.00 | | | | | | |
| **TOTAL:** | 198.45 | 4,365.90 | **TOTAL:** | | | **TOTAL:** | 272.59 | 5,996.98 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,459.20 | 1,261.35 | 306.31 | 198.45 | 954.44 |
| YTD | 33,394.24 | 29,041.54 | 7,174.96 | 4365.90 | 21,853.38 |

| TIME OFF PLANS | | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| Description | Accrued | Reduced | Available | | Account type | Account Number | Deposit Amount |
| Holiday Plan | 0.00 | 0.00 | 0.00 | Advice#0 | | ******6262 | $ 954.44 |
| Vacation | 0.00 | 0.00 | 49.97 | | | | |
| **End Balance** | 0.00 | 0.00 | 49.97 | **TOTAL:** | | | $954.44 |

| Giant Eagle, Inc.<br>101 Kappa Drive<br>Pittsburgh, PA 15238-2809 | Pay Group: Weekly<br>Pay Begin Date:  5/1/22<br>Pay End Date:  5/7/22 | Advice #:  0<br>Advice Date:  5/12/22 |
|---|---|---|

| Andrew L Crowson<br>169 Unionville Rd<br>Butler, PA 16001 | Employee ID:  1279380<br>Location:  8991 - Pharmacy Central Fill<br>Pittsburgh - RX Support<br>Job Title:  Leader, Pharmacy Shift<br>Pay Rate:  Hourly | TAX DATA: | Federal | State |
|---|---|---|---|---|
| | | Marital Status: | Single | |
| | | Allowances: | 1 | 0 |
| | | Addl. Amount: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Dates | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|
| | | | Current | | YTD | |
| Bonus-Misc | - | | | | 0 | 100.00 |
| Holiday | - | | | | 8 | 291.84 |
| Life-Imputed | 5/1/22-5/7/22 | 0.00 | 0 | 0.60 | 0 | 11.40 |
| Regular | 5/1/22-5/7/22 | 36.48 | 40 | 1,459.20 | 720 | 27,165.60 |
| Vacation | - | | | | 40 | 1,459.20 |
| **TOTAL:** | | | 40 | 1,459.80 | 768 | 29,028.04 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| PA LST - NSEWI | 1.00 | 19.00 |
| City Tax - NSEWI | 12.61 | 252.51 |
| State Tax - PA | 38.71 | 775.14 |
| Federal Withholding | 156.61 | 3,259.80 |
| Medicare | 18.29 | 366.23 |
| OASDI | 78.20 | 1,565.96 |
| SUI-Team Member Paid - PA | 0.88 | 17.41 |
| **TOTAL:** | 306.30 | 6,256.05 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental TM Pd | 19.07 | 362.33 |
| Vision TM Pd | 4.06 | 77.14 |
| Medical TM Pd | 125.32 | 2,381.08 |
| HSA HMRK TM Pd | 50.00 | 950.00 |
| **TOTAL:** | 198.45 | 3,770.55 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| LTD GE Pd | 5.49 | 104.31 |
| Life GE Pd | 1.89 | 35.91 |
| Medical GE Pd | 265.21 | 5,038.99 |
| **TOTAL:** | 272.59 | 5,179.21 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,459.20 | 1,261.35 | 306.30 | 198.45 | 954.45 |
| YTD | 29,016.64 | 25,257.49 | 6,256.05 | 3770.55 | 18,990.04 |

## TIME OFF PLANS

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Holiday Plan | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 49.97 |
| **End Balance** | 0.00 | 0.00 | 49.97 |

## NET PAY DISTRIBUTION

| | Account type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice#0 | | ******6262 | $ 954.45 |
| **TOTAL:** | | | $954.45 |

Giant Eagle, Inc.
101 Kappa Drive
Pittsburgh, PA 15238-2809

| | |
|---|---|
| Pay Group: | Weekly-B |
| Pay Begin Date: | 5/8/22 |
| Pay End Date: | 5/14/22 |

| | |
|---|---|
| Advice #: | 0 |
| Advice Date: | 5/19/22 |

Andrew L Crowson
169 Unionville Rd
Butler, PA 16001

| | |
|---|---|
| Employee ID: | 1279380 |
| Location: | 8991 - Pharmacy Central Fill Pittsburgh - RX Support |
| Job Title: | Leader, Pharmacy Shift |
| Pay Rate: | Hourly |

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 0 |
| Addl. Amount: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Dates | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Bonus-Misc | - | | | | 0 | 100.00 |
| Holiday | - | | | | 8 | 291.84 |
| Life-Imputed | 5/8/22-5/14/22 | 0.00 | 0 | 0.60 | 0 | 12.00 |
| Regular | 5/8/22-5/14/22 | 36.48 | 40 | 1,459.20 | 760 | 28,624.80 |
| Vacation | - | | | | 40 | 1,459.20 |
| **TOTAL:** | | | 40 | 1,459.80 | 808 | 30,487.84 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| PA LST - NSEWI | 1.00 | 20.00 |
| City Tax - NSEWI | 12.61 | 265.12 |
| State Tax - PA | 38.71 | 813.85 |
| Federal Withholding | 156.61 | 3,416.41 |
| Medicare | 18.29 | 384.52 |
| OASDI | 78.21 | 1,644.17 |
| SUI-Team Member Paid - PA | 0.88 | 18.29 |
| **TOTAL:** | 306.31 | 6,562.36 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental TM Pd | 19.07 | 381.40 |
| Vision TM Pd | 4.06 | 81.20 |
| Medical TM Pd | 125.32 | 2,506.40 |
| HSA HMRK TM Pd | 50.00 | 1,000.00 |
| **TOTAL:** | 198.45 | 3,969.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| LTD GE Pd | 5.49 | 109.80 |
| Life GE Pd | 1.89 | 37.80 |
| Medical GE Pd | 265.21 | 5,304.20 |
| **TOTAL:** | 272.59 | 5,451.80 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,459.20 | 1,261.35 | 306.31 | 198.45 | 954.44 |
| YTD | 30,475.84 | 26,518.84 | 6,562.36 | 3969.00 | 19,944.48 |

## TIME OFF PLANS

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Holiday Plan | 0.00 | 0.00 | 0.00 |
| Vacation | 0.00 | 0.00 | 49.97 |
| **End Balance** | 0.00 | 0.00 | 49.97 |

## NET PAY DISTRIBUTION

| | Account type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice#0 | | ******6262 | $ 954.44 |
| **TOTAL:** | | | $954.44 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Andrew L. Crowson and
       Laura J. Crowson, Debtors

Bankruptcy No.:  22-
Chapter 7

## STATEMENT REGARDING JOINT DEBTOR'S INCOME

I, Laura J. Crowson, hereby certify that I have been unemployed for a period in excess of six months prior to the filing of the above Chapter 7 petition.  I have no income.  I do not receive unemployment compensation or similar benefits.

Date:  July 12, 2022

/s/ Laura J. Crowson
Laura J. Crowson